UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AARON MANUEL MORA,<br><br>    Petitioner,<br><br>    v.<br><br>DAVID BAUGHMAN, Warden,<br><br>    Respondent. | No. CV 17-7143-MWF (AGR)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the entire file de novo, including the magistrate judge's Report and Recommendation. No objections to the Report have been filed. The Court agrees with the recommendation of the magistrate judge.

IT IS ORDERED that Respondent's motion to dismiss the Petition is denied. The case is referred back to the magistrate judge for further proceedings.

DATED: March 27, 2019

MICHAEL W. FITZGERALD
United States District Judge