1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT
9                    CENTRAL DISTRICT OF CALIFORNIA
10
11   AARON MANUEL MORA,                    )   No.  CV 17-7143-MCS (AGR)
                                           )
12                      Petitioner,        )
                                           )   ORDER ACCEPTING FINDINGS AND
13          v.                             )   RECOMMENDATION OF UNITED
                                           )   STATES MAGISTRATE JUDGE
14   JEFF LYNCH, Acting Warden,            )
                                           )
15                      Respondent.        )
                                           )
16
17          Pursuant to 28 U.S.C. § 636, the Court has reviewed the entire file de novo,

18   including the magistrate judge's Report and Recommendation.  No objections to the

19   Report have been filed.[1]  The Court accepts the findings and recommendation of the

20   Magistrate Judge.

21          IT IS ORDERED that Judgment be entered denying the Petition for Writ of

22   Habeas Corpus and dismissing this action with prejudice.

23
24   DATED: October 6, 2021        _____
25                                        MARK   .    AR  I
                                   United States District Judge
26
27   _____

28      [1]  The magistrate judge granted five extensions of time to file objections to the
     Report.  To date, Petitioner has not filed objections or requested another
     extension of time to do so.  Any such request would now be untimely.