JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

AARON MANUEL MORA,                )       NO.  CV 17-7143-MCS (AGR)
　　　　　　　Petitioner,            )
　　　　　　　　　　　　　　　　　　)       JUDGMENT
　　v.                            )
JEFF LYNCH, Acting Warden,        )
　　　　　　　Respondent.           )
_____  )

　　　　Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

　　　　IT IS ADJUDGED that the Petition For Writ of Habeas Corpus in this matter is denied and this action is dismissed with prejudice.

DATED: October 6, 2021        _____
　　　　　　　　　　　　　　　　MARK C. SCARSI
　　　　　　　　　　　　　　　United States District Judge